UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH FRANCIS | CIVIL ACTION |
| VERSUS | NO. 16-12067 |
| JERRY GOODWIN, WARDEN | SECTION "R" (3) |

## ORDER

The Court, having reviewed de novo the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, the federal petition for habeas corpus relief filed by Kenneth Francis is DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION. Petitioner's related pending motions, Rec. Docs. 8, 9, 16, and 17, are DENIED.

New Orleans, Louisiana, this __11th__ day of May, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE